IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| CAUSE OF ACTION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-00876 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| OFFICE OF INSPECTOR GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff  Cause of Action and Defendant

U.S. Department of Homeland Security, Office of Inspector General hereby stipulate to the

dismissal of this action with prejudice, each party to bear its own costs and fees.

Dated:  June 27, 2014                     Respectfully submitted,


___/s/_____
Daniel Z. Epstein                              RONALD C. MACHEN JR.
D.C. Bar No. 1009132                       D.C. Bar No. 447889
Executive Director                            United States Attorney


___/s/_____    DANIEL F. VAN HORN
Reed D. Rubinstein                           D.C. Bar No. 924092
D.C. Bar No. 400153                          Chief, Civil Division
Senior Vice President of Litigation
Cause of Action                                      ___/s/_____
1919 Pennsylvania Ave., NW, Suite 650    RHONDA L. CAMPBELL,
Washington, D.C. 20006                      D.C. Bar No. 462402
Telephone: (202) 499-4232                   Assistant United States Attorney
reed.rubinstein@causeofaction.org        Civil Division
                                                             555 4th Street, NW
                                                             Washington, D.C. 20530
*Counsel for Plaintiff*                         (202) 514-9519
                                                             Rhonda.campbell@usdoj.gov

                                                             *Counsel for Defendant*